IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAEANNE WILLAUER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RILEY SALES, INC. | : | No. 08-5258 |
| Defendant. | : | |

## ORDER

AND NOW, this **16th** day of **September**, **2009**, upon consideration of Defendant Riley Sales, Inc.'s Motion for Summary Judgment, Plaintiff RaeAnne Willauer's Response, Defendant's reply thereto, Plaintiff's sur-reply and for the reasons discussed in the Court's Memorandum of September 16, 2009, it is hereby **ORDERED** that:

1. Defendant's motion (Document No. 15) is **GRANTED in part and DENIED in part**.

    a. Defendant's motion as to Plaintiff's Hostile Work Environment and Quid Pro Quo Sexual Harassment claims under Title VII and the Pennsylvania Human Relations Act is **GRANTED**.

    b. In all other respects, Defendant's motion is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**